UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARD J. DANIELS, and
RYAN J. DANIELS,                                  Civ. Case No.: _____
              Plaintiffs

-vs-

MOMENTUS SOLUTIONS, LLC,                          **COMPLAINT**
UNIVERSAL SYNERGETICS INC.,
TECHNICAL HELP IN ENGINEERING
AND MARKETING, JOAN KOZARSKY,
NEIL KOZARSKY, ELIOT KOZARSKY,
SANFORD LIPSTEIN, MICHAEL SCHILLER,
RICHARD MILBAUER, ALLAN KOZARSKY,
MICHAEL TOOMEY,
              Defendants.

---

The Plaintiffs, EDWARD J. DANIELS and RYAN J. DANIELS, as and for their Complaint against the Defendants, allege as follows:

### THE PARTIES

1. At all relevant times, the Plaintiff, EDWARD J. DANIELS, resided at 80 Wagon Wheel Drive, East Amherst, New York 14051.

2. At all relevant times, the Plaintiff, RYAN J. DANIELS, resided at 32 West 40th Street, New York, New York 10018.

3. At all relevant times, the Plaintiff, EDWARD J. DANIELS, was the Executive Vice President for Sales and Marketing for MOMENTUS SOLUTIONS, LLC.

4. At all relevant times, the Plaintiff, RYAN J. DANIELS, was the National Sales Manager for MOMENTUS SOLUTIONS, LLC.

5. That upon information and belief, MOMENTUS SOLUTIONS, LLC, was and is a limited liability company transacting and doing business in the State of New Jersey.

6. That upon information and belief, UNIVERSAL SYNERGETICS INC. was and is a corporation transacting and doing business in the State of New Jersey.

7. That upon information and belief, TECHNICAL HELP IN ENGINEERING AND MARKETING (hereinafter referred to as "T.H.E.M.") was and is a division of UNIVERSAL SYNERGETICS INC., transacting and doing business in the State of New Jersey.

8. That the Defendant, MICHAEL SCHILLER, was and is the President of MOMENTUS SOLUTIONS LLC.

9. That the Defendant, SANFORD LIPSTEIN, was and is a shareholder and member of the Board of Directors of MOMENTUS SOLUTIONS LLC and UNIVERSAL SYNERGETICS INC.

10. That the Defendant, ELIOT KOZARSKY, was and is an officer of MOMENTUS SOLUTIONS LLC, T.H.E.M. and UNIVERSAL SYNERGETICS INC.

11. That the Defendant, JOAN KOZARSKY, was a member and/or shareholder of MOMENTUS SOLUTIONS LLC, T.H.E.M. and UNIVERSAL SYNERGETICS INC.

12. That the Defendant, MICHAEL TOOMEY, was and is a member and/or shareholder of MOMENTUS SOLUTIONS LLC, T.H.E.M. and UNIVERSAL SYNERGETICS INC.

13. That the Defendant, RICHARD MILBAUER, was and is employed by one or more of the Defendant limited liability companies and/or corporations as a financial officer.

14.     That at all times relevant, the individual Defendants and the limited liability companies and the corporate Defendants named herein are all intertwined and connected with the same personal Defendants being members of the limited liability company and/or shareholders and/or employees or agents of the limited liability companies and corporations which are inter-related financially.

15.     That the limited liability companies and Defendant corporations were used as a corporate veil by the individual Defendants.

## JURISDICTION

16.     That the amount in issue exceeds Seventy-Five Thousand ($75,000.00) Dollars.

17.     That Federal jurisdiction is predicated upon the provision of 28 U.S.C.A. §1332 in that there is complete diversity of citizenship between the Plaintiffs and the Defendants.

## AS AND FOR A FIRST CAUSE OF ACTION, THE PLAINTIFF, EDWARD J. DANIELS, ALLEGES AS FOLLOWS:

18.     The Plaintiff repeats, realleges and reiterates each and every allegation contained in the preceding paragraphs of this Complaint as if fully set forth at length herein.

19.     That on or about May 1, 2004, the Defendant, MOMENTUS SOLUTIONS LLC, entered into a written employment agreement ("Employment Contract") with the Plaintiff, EDWARD J. DANIELS, for a period of two (2) years and agreed to pay the Plaintiff for his services as an Executive Vice President of Sales and Marketing the sum of One Hundred Forty Thousand ($140,000.00) Dollars annually.

20. That the Plaintiff, EDWARD J. DANIELS, faithfully complied with all the terms and conditions of the said agreement.

21. That on or about September 1, 2005, the Defendants, without just cause, did breach and violate the provisions of the Employment Contract by discharging the Plaintiff.

22. That the discharge of the said Plaintiff from his employment and refusing to allow the Plaintiff to continue with the performance of his agreement, together with the termination of payment of compensation resulted in the Plaintiff sustaining monetary damages.

23. By reason of the foregoing breach, the Plaintiff, EDWARD J. DANIELS, has been injured and damaged in the sum of Two Hundred Fifty Thousand ($250,000.00) Dollars.

### AS AND FOR A SECOND CAUSE OF ACTION, THE PLAINTIFF, EDWARD J. DANIELS, ALLEGES AS FOLLOWS:

24. The Plaintiff repeats, realleges and reiterates each and every allegation contained in the preceding paragraphs of this Complaint as if fully set forth at length herein.

25. That as a consequence of the Defendants' breach of the Employment Contract there is and was due and owing past due salaries, past due bonuses, past due incentives and future salaries, bonuses and incentive in the amount of One Million ($1,000,000.00) Dollars.

26. That Plaintiff, EDWARD J. DANIELS, has duly demanded payment of the said monies owed to him for his services rendered pursuant to the Employment Agreement.

27. That the said Defendants have refused and continue to refuse to make payments of the said monies due and owing to the Plaintiff under the terms of the said Employment Agreement.

28. That as a result of the said breach and the refusal of the Defendants to pay the monies due EDWARD J. DANIELS, he has been damaged in the amount of One Million ($1,000,000.00) Dollars.

29. That by reason of the foregoing, EDWARD J. DANIELS has been injured and damaged in the sum of One Million ($1,000,000.00) Dollars.

AS AND FOR A THIRD CAUSE OF ACTION ON BEHALF OF
THE PLAINTIFF, EDWARD J. DANIELS, AND A FIRST CAUSE OF
ACTION ON BEHALF OF THE PLAINTIFF, RYAN J. DANIELS,
THE PLAINTIFFS ALLEGE AS FOLLOWS:

30. The Plaintiffs repeat, reallege and reiterate each and every allegation contained in the preceding paragraphs of this Complaint as if fully set forth at length herein.

31. That on or about June 2004, the Plaintiff, RYAN J. DANIELS, was employed by the Defendants to serve as National Sales Manager on behalf of MOMENTUS SOLUTIONS LLC.

32. That the Plaintiff, RYAN J. DANIELS, fulfilled and performed all of his duties as National Sales Manager.

33. That the Defendants did willfully, maliciously and wantonly conspire to release and discharge the Plaintiff, RYAN J. DANIELS, as retaliation of the illegal and unlawful discharge of the Plaintiff, EDWARD J. DANIELS, who was the Plaintiff, RYAN J. DANIELS' father.

34. That in furtherance of the willful, malicious and wanton conduct and conspiracy of the Defendants, monies due and owing the Plaintiffs for work, labor and services were withheld from them.

35. That as a result of the foregoing, the Plaintiffs suffered irreparable financial damage.

36. That as a result of the foregoing, the Planitiffs' reputation in the business world has been harmed.

37. That as a result of the foregoing, the Plaintiffs are entitled to treble damages.

38. That as a result of the foregoing, the Plaintiffs are entitled to the sum of Two Million ($2,000,000.00) Dollars each, individually.

<u>AS AND FOR A FOURTH CAUSE OF ACTION,<br>THE PLAINTIFF, EDWARD J. DANIELS, ALLEGES AS FOLLOWS:</u>

39. The Plaintiff repeats, realleges and reiterates each and every allegation contained in the preceding paragraphs of this Complaint as if fully set forth at length herein.

40. That at all times hereinafter mentioned, the Plaintiff, EDWARD J. DANIELS, is above the age of 60 years.

41. That upon information and belief, the Defendants have never discharged any other managerial employees on or about the time the Plaintiff was discharged.

42. That upon information and belief, the Defendants have maliciously conspired to discriminate against the Plaintiff, EDWARD J. DANIELS, based on his age.

43.     That as a result of the Defendants' termination and discrimination against the Plaintiff, EDWARD J. DANIELS, he has been damaged and is entitled to treble damages.

44.     That as a result of the foregoing, the Plaintiff, EDWARD J. DANIELS, has been injured and damaged in the sum of Ten Million ($10,000,000.00) Dollars.

AS AND FOR A FIFTH CAUSE OF ACTION,
THE PLAINTIFFS, EDWARD J. DANIELS AND RYAN J. DANIELS,
ALLEGES AS FOLLOWS:

45.     The Plaintiffs repeat, reallege and reiterate each and every allegation contained in the preceding paragraphs of this Complaint as if fully set forth at length herein.

46.     That the actions taken by the Defendants represent a theft of services which is a crime or a criminal act in the State of New York.

47.     That the Defendants maliciously and willfully conspired to deprive the Plaintiffs for payment of work, labor and services rendered by the Plaintiffs.

48.     That upon information and belief, such conspiracy to commit a crime against Plaintiffs constitute a violation of the RICO statutes of the United States Code.

49.     That as a result, the Defendants are not only liable for treble damages but also forfeiture of all properties owned by each individual Defendant.

50.     That as a result of the foregoing, the Defendants have injured, harmed and damaged the Plaintiffs in the amount of Ten Million ($10,000,000.00) Dollars each, individually.

WHEREFORE, judgment is demanded against the Defendants herein, as follows:

A. On the first cause of action, the Plaintiff, EDWARD J. DANIELS, demands judgment in the amount of Two Hundred Fifty Thousand ($250,000.00) Dollars;

B. On the second cause of action, the Plaintiff, EDWARD J. DANIELS, demands judgment in the amount of One Million ($1,000,000.00) Dollars;

C. On the third cause of action, the Plaintiffs, EDWARD J. DANIELS and RYAN J. DANIELS, demand judgment in the amount of Two Million ($2,000,000.00) Dollars each, individually;

D. On the fourth cause of action, the Plaintiff, EDWARD J. DANIELS, demands judgment in the amount of Ten Million ($10,000, 000.00) Dollars;

E. On the fifth cause of action, the Plaintiff, EDWARD J. DANIELS, demands judgment in the amount of Ten Million ($10,000,000.00) Dollars;

F. Together with the costs and disbursements of this action; and

G. Such other, further and different relief as to this Court may seem just and proper.

DATED: Buffalo, New York
December 19, 2007          Yours, etc.

/s/ *Jack Danziger*
Jack Danziger
*Attorney for Plaintiffs*
70 Niagara Street, Suite 500
Buffalo, New York  14202
(716) 842-1796
Email:  jackd@jdanzlaw.com